Argued December 14, affirmed December 14, 1970

## STATE OF OREGON, *Respondent, v.*
## JAMES CARL CASSETTARI, *Appellant.*

477 P2d 728

*Michael O. Whitty*, Coos Bay, argued the cause and filed the brief for appellant.

*Robert E. Brasch*, District Attorney, Coquille, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

## MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.